IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HARRIS,                             No. CIV S-07-1244-LKK-CMK-P

        Plaintiff,

   vs.                                              ORDER

LOOK, et al.,

        Defendants.

_____/

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's complaint (Doc. 1), filed on June 1, 2007.  The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  See 28 U.S.C. § 1915A(a).

        Plaintiff claims his Eighth Amendment rights have been violated by defendant Look for withholding food, both breakfast and lunch, on October 17, 2006.

        The complaint appears to state a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.  The court, therefore, finds that service is appropriate and will direct service by the U.S. Marshal without pre-payment of costs.  Plaintiff is

informed, however, that this action cannot proceed further until plaintiff complies with this order. Plaintiff is warned that failure to comply with this order may result in dismissal of the action. See Local Rule 11-110.

Plaintiff's complaint identifies Doe defendants. The court cannot order service of process on fictitious defendants. Upon discovering the name of the "Doe" defendants, plaintiff must promptly file a motion for leave to amend, accompanied by a proposed amended complaint identifying the additional defendant or defendants. Plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete. Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375 F.2d 55, 57 (9th Cir. 1967). Once plaintiff files an amended complaint, the original pleading no longer serves any function in the case. Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged. Plaintiff is cautioned that undue delay in discovering defendants' names and seeking leave to amend may result in the denial of leave to proceed against these defendants.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendant(s): Look.

2. The Clerk of the Court shall send plaintiff one USM-285 form for each defendant identified above, one summons, an instruction sheet, and a copy of the complaint filed June 1, 2007; and

3. Within 30 days of the date of service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

1     c. One completed USM-285 form(s); and

2     d. Two copies of the endorsed complaint filed June 1, 2007.

4 DATED: August 31, 2007.

                      /s/ Craig M. Kellison
                      **CRAIG M. KELLISON**
                      UNITED STATES MAGISTRATE JUDGE

3

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

KENNETH HARRIS,
    Plaintiff,
  vs.
LOOK, et al.,
    Defendants.
                           /

No. CIV S-07-1244-LKK-CMK-P

NOTICE OF SUBMISSION OF DOCUMENTS

Plaintiff hereby submits the following documents in compliance with the court's order:

    __1__    completed summons form;
    ____    completed USM-285 form(s); and
    ____    copies of the complaint filed on June 1, 2007.

DATED: _____

                                                Plaintiff