IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HARRIS, | No. CIV S-07-1244-LKK-CMK-P |
|     Plaintiff, | |
|   vs. | ORDER |
| LOOK, et al., | |
|     Defendants. | |
|                               / | |

        Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 19), filed on January 22, 2008.  Plaintiff is requesting additional time to respond to defendant's motion to dismiss (Doc. 14).  Plaintiff was served with the motion to dismiss on November 29, 2007.  However, due to plaintiff's transfer, he was re-served with the motion on December 17, 2007.  Plaintiff's response was due on January 7, 2008.

        Plaintiff now seeks an extension of that deadline.  Plaintiff claims that due to prison lockdowns and modified program, the law library is not available for plaintiff to conduct his legal research needed to oppose the motion.  Good cause appearing therefor, the request will be granted.  Plaintiff is warned that failure to file objections to the motion to dismiss may be

1

1 deemed a waiver of any opposition to the granting of the motion and may result in sanctions.
2 See Local Rule 78-230(m).
3     Accordingly, IT IS HEREBY ORDERED that:
4     1.   Plaintiff's motion for an extension of time is granted; and
5     2.   Plaintiff may file objections to the motion to dismiss (Doc. 14) on or
6 before February 29, 2008.

DATED: January 24, 2008

                                                          
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE