IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH HARRIS, | No. CIV S-07-1244-LKK-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| LOOK, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for an extension of time (Doc. 25), filed on June 27, 2008.  Plaintiff is requesting additional time to respond to defendant's motion to dismiss.  However, plaintiff has already filed his response to the motion, and findings and recommendations have issued recommending the motion be granted.  Plaintiff was served with the findings and recommendations on June 16, 2008, and he had 20 days from that date to file his objections.  The court will therefore construe his current request for additional time as needing additional time to file his objections to the findings and recommendations.

   Plaintiff claims that due to prison lockdowns and modified program, the law library is not available for plaintiff to conduct his legal research needed to file his objections.

1

1  Good cause appearing therefor, the request will be granted.  Plaintiff is reminded that failure to

2  file objections within the specified time may waive the right to appeal any order adopting the

3  findings and recommendations.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

4        Accordingly, IT IS HEREBY ORDERED that:

5        1.    Plaintiff's motion for an extension of time (Doc. 25) is granted; and

6        2.    Within 30 days after the date of this order, any party may file written

7  objections with the court, such document to be captioned "Objections to Magistrate Judge's

8  Findings and Recommendations."

9

10  DATED:  July 2, 2008

11

12                  _____
                **CRAIG M. KELLISON**
                UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26