IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH HARRIS,                                    No. CIV S-07-1244-LKK-CMK-P

       Plaintiff,

  vs.                                                              ORDER

LOOK, et al.,

       Defendants.

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

       On June 16, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within a specified time. Timely objections to the findings and recommendations have been filed.[1]

---

[1] Plaintiff indicates in his objections that he has been retaliated against for bringing this action by correctional officers withholding full-size portions of his meals. Plaintiff's claims in his original complaint, however, only allege a one-time deprivation of meals. If plaintiff believes he is being retaliated against, he may bring a separate action on those claims, but he

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record. Although the court is troubled by the Magistrate Judge's analysis, it appears that the result is consistent with the law.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 16, 2008, are adopted in full;

2. Defendant's motion to dismiss (Doc. 14) is granted; and

3. The Clerk of the Court is directed to enter judgment and close this case.

DATED: July 24, 2008

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

cannot raise new claims in his objections to the magistrate judge's findings and recommendations. The court does not express any opinion on whether he has a claim sufficient to sustain a case against the officers involved.

2